1  Jordan Susman, Esq. (SBN 246116)
   jsusman@nolanheimann.com
2  Margo Arnold, Esq. (SBN 278288)
3  marnold@nolanheimann.com
   NOLAN HEIMANN LLP
4  16000 Ventura Boulevard, Suite 1200
5  Encino, California 91436
   Telephone: (818) 574-5710
6  Facsimile: (818) 574-5689
7
8  Attorneys for Defendants
   Smosh Dot Com, Inc. d/b/a Smosh,
9  and Mythical Entertainment, LLC
10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTEN HALL, *on behalf of herself and all others similarly situated*  Plaintiff,  vs.  SMOSH DOT COM, INC. d/b/a SMOSH, and MYTHICAL ENTERTAINMENT, LLC,  Defendants. | Case No.: 2:21-cv-01997-JAM-AC  **DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

-1-

1    Defendants respectfully request that an order be granted to remove Docket Nos. 16-3 and 16-4 from the docket on the grounds that a portion of each document contains the name of a minor and was inadvertently filed without redaction.

On February 1, 2022, Defendants inadvertently e-filed unredacted copies of Docket Nos. 16-3 and 16-4 as exhibits to their Motion to Dismiss. Plaintiff's counsel notified Defendants' counsel of the error on February 3, 2022.

Because a portion of the exhibits were inadvertently filed without redaction as part of the ECF system, Defendants respectfully request that Docket Nos. 16-3 and 16-4 be permanently deleted from the docket.

Dated: February 3, 2022                NOLAN HEIMANN LLP

By: _____
Jordan Susman
Attorneys for Defendants
Smosh Dot Com, Inc. d/b/a Smosh,
and Mythical Entertainment, LLC

-1-

DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS