## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL, *on behalf of herself* and all others similarly situated,<br><br>       Plaintiff,<br>   vs.<br><br>SMOSH DOT COM, INC. d/b/a SMOSH, and MYTHICAL ENTERTAINMENT, LLC,<br><br>       Defendants. | Case No.: 2:21-cv-01997-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Date: April 5, 2022<br>Time: 1:30 p.m.<br>Courtroom: 6 |

1     IT IS HEREBY ORDERED that Defendants' Motion to Remove Incorrectly
2 Filed Documents is GRANTED. Docket Nos. 16-3 and 16-4 of Case No.: 2:21-cv-
3 01997-JAM-AC are ordered permanently deleted from the docket.

4

5 IT IS SO ORDERED.

6

7 DATED: February 4, 2022     /s/ John A. Mendez
8     THE HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

ORDER