1  KIMMEL & SILVERMAN, P.C.
2  
3  Joseph D. Steward, III (337385)
   1055 West 7th Street, 33rd Floor
4  Los Angeles, California 90017
   Telephone: 215-540-8888 x 134
5  Facsimile: 215-540-8817
   jsteward@creditlaw.com
6  
7  Craig T. Kimmel, Esq. (*pro hac vice*)
   Jacob U. Ginsburg, Esq. (*pro hac vice*)
8  30 E. Butler Ave.
   Ambler, Pennsylvania 19002
9  kimmel@creditlaw.com
10 jginsburg@creditlaw.com
   teamkimmel@creditlaw.com
11 
12 BUTSCH ROBERTS & ASSOCIATES LLC
13 
   Christopher E. Roberts (*pro hac vice)*
14 231 S. Bemiston Avenue, Suite 260
   Clayton, Missouri 63105
15 Phone: (314) 863-5700
   Fax: (314) 863-5711
16 CRoberts@butschroberts.com
17 *Attorneys for Plaintiff*
18 NOLAN HEIMANN LLP
19 
   Jordan Susman, Esq. (SBN 246116)
20 Margo Arnold, Esq. (SBN 278288)
21 16000 Ventura Boulevard, Suite 1200
   Encino, California 91436
22 Telephone: (818) 574-5710
   Facsimile: (818) 574-5689
23 jsusman@nolanheimann.com
24 marnold@nolanheimann.com
   *Attorneys for Defendants*
25 
26 
27 
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SMOSH DOT COM, INC. d/b/a SMOSH and MYTHICAL ENTERTAINMENT, LLC<br><br>    Defendants. | Case No.: 2:21-cv-01997-JAM-AC<br><br>**STIPULATION OF DISMISSAL OF COUNT I**<br><br>U.S District Judge John A. Mendez |

Plaintiff, Kristen Hall and Defendants Smosh Dot Com, Inc. d/b/a Smosh and Mythical Entertainment, LLC, hereby stipulate to dismiss Count I of Plaintiff's Amended Complaint, which is asserted under 47 U.S.C. § 227(b). In connection with the dismissal of Count I, the Parties further stipulate that Plaintiff will not seek to certify the sub-class identified as the "ATDS class" in paragraph 50 of the Amended Complaint.

**IT IS SO STIPULATED:**

Dated: April 10, 2022    KIMMEL & SILVERMAN, P.C.

By: */s/ Joseph D. Steward, III*
Joseph D. Steward, III, Esq. (337385)
1055 West 7th Street, 33rd Floor
Los Angeles, California 90017
Phone: 215-540-8888
Facsimile: 877-788-2864

Email: jsteward@creditlaw.com

*/s/ Craig T. Kimmel*
Craig T. Kimmel (pro hac vice)
*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg (pro hac vice)
30 E. Butler Ave.
Ambler, Pennsylvania 19002
kimmel@creditlaw.com
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

BUTSCH ROBERTS & ASSOCIATES LLC

*/s/ Christopher E. Roberts*
Christopher E. Roberts, Esq. (pro hac vice)
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
Phone: (314) 863-5700
CRoberts@butschroberts.com
*Attorneys for Plaintiff*

NOLAN HEIMANN LLP

*/s/ Jordan Susman*
Jordan Susman, Esq. (SBN 246116)
Margo Arnold, Esq. (SBN 278288)
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
jsusman@nolanheimann.com
marnold@nolanheimann.com
*Attorneys for Defendants*