1  Jordan Susman, Esq. (SBN 246116)
   jsusman@nolanheimann.com
2  Margo Arnold, Esq. (SBN 278288)
3  marnold@nolanheimann.com
   NOLAN HEIMANN LLP
4  16000 Ventura Boulevard, Suite 1200
5  Encino, California 91436
   Telephone: (818) 574-5710
6  Facsimile: (818) 574-5689
7
8  Attorneys for Defendants
   Smosh Dot Com, Inc. d/b/a Smosh,
9  and Mythical Entertainment, LLC
10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL, *on behalf of herself* and *all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>SMOSH DOT COM, INC. d/b/a SMOSH, and MYTHICAL ENTERTAINMENT, LLC,<br><br>Defendants. | Case No.: 2:21-cv-01997-JAM-AC<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11** |

-1-

NOTICE OF WITHDRAWAL OF MOTION

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that the Motion for Sanctions pursuant to Rule 11
3  of the Federal Rules of Civil Procedure [Dkt. 20, 23] is hereby withdrawn without
4  prejudice.

6  Dated: April 12, 2022

NOLAN HEIMANN LLP

By: _____
Jordan Susman
Attorneys for Defendants
Smosh Dot Com, Inc. d/b/a Smosh,
and Mythical Entertainment, LLC

-1-
NOTICE OF WITHDRAWAL OF MOTION