## U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:21–cv–01997–DAD–AC

Hall v. Smosh Dot Com, Inc.
Assigned to: District Judge Dale A. Drozd
Referred to: Magistrate Judge Allison Claire
Case in other court:  9th Circuit Court of Appeals, 22–16216
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 10/28/2021
Date Terminated: 12/08/2023
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Kristen Hall**  represented by  **Christopher E Roberts , PHV**
Butsch Roberts & Associates LLC
231 South Bemiston Avenue
Ste 260
Clayton, MO 63105
314–863–5700
Email: croberts@butschroberts.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Dale Steward , III**
MFS Legal, Inc.
5318 East 2nd Street
Ste 490
Long Beach, CA 90803
215–540–8888
Email: joe@calemonlawteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Thor Kimmel , PHV**
Email: teamkimmel@creditlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob U Ginsburg**
Kimmel & Silverman
30 E. Butler Ave.
Ambler, PA 19002
267–468–5374
Email: jginsburg@creditlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

represented by

| | |
|---|---|
| **Smosh Dot Com, Inc.**<br>*TERMINATED: 11/14/2023*<br>*Doing business as*<br>Smosh<br>*TERMINATED: 11/14/2023* | **Jordan D. Susman**<br>Nolan Heimann LLP<br>16000 Ventura Blvd.<br>Ste 1200<br>Encino, CA 91436<br>818−574−5710<br>Email: jsusman@nolanheimann.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margo J. Arnold**<br>Nolan Heimann LLP<br>16133 Ventura Blvd., Ste. 820<br>Encino, CA 91436<br>818−574−5710<br>Email: marnold@nolanheimann.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mythical Entertainment, LLC**<br>*TERMINATED: 11/14/2023* | represented by | **Alexandra N. Krasovec**<br>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067<br>310−312−4000<br>Fax: 310−312−4224<br>Email: akrasovec@manatt.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Susman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cody A. DeCamp**<br>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067<br>310−312−4223<br>Email: CDeCamp@manatt.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Margo J. Arnold**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mythical Venture, Inc.**<br>*also known as*<br>Smosh | represented by | **Alexandra N. Krasovec**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

        **Jordan D. Susman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Cody A. DeCamp**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Margo J. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Smosh Productions, Inc.**  represented by  **Alexandra N. Krasovec**
*TERMINATED: 11/14/2023*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Jordan D. Susman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Cody A. DeCamp**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Margo J. Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/28/2021 | Ï 1 | COMPLAINT against Smosh Dot Com, Inc., by Kristen Hall. Attorney Steward, Joseph Dale added. (Filing fee $ 402, receipt number ACAEDC−9899543) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Steward, Joseph) (Entered: 10/28/2021) |
| 10/28/2021 | Ï 2 | NOTICE OF INTERESTED PARTIES by Kristen Hall. (Steward, Joseph) (Entered: 10/28/2021) |
| 10/28/2021 | Ï 3 | CIVIL COVER SHEET by Kristen Hall (Steward, Joseph) (Entered: 10/28/2021) |
| 10/29/2021 | Ï 4 | SUMMONS ISSUED as to *Smosh Dot Com, Inc.* with answer to complaint due within *21* days. Attorney *Joseph Dale Steward, III* *1055 West 7th Street* *Ste 33rd Floor* *Los Angeles, CA 90017*. (Coll, A) (Entered: 10/29/2021) |
| 10/29/2021 | Ï 5 | CIVIL NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Form, # 2 Order re Filing Requirements, # 3 VDRP) (Coll, A) (Entered: 10/29/2021) |
| 11/09/2021 | Ï 6 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Kristen Hall for attorney Jacob U. Ginsburg to appear Pro Hac Vice. (Filing fee $ 225, receipt number ACAEDC−9919460) (Attachments: # 1 Certificate of Good Standing)(Steward, Joseph) (Entered: 11/09/2021) |
| 11/10/2021 | Ï 7 | |

| | | |
|---|---|---|
| | | ORDER signed by District Judge John A. Mendez on 11/09/2021 GRANTING 6 Application for Pro Hac Vice. Added attorney Jacob U Ginsburg, PHV for Kristen Hall. The Pro Hac Vice attorney is directed to request electronic filing access through PACER. (Rodriguez, E) (Entered: 11/10/2021) |
| 12/01/2021 | Ï 8 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Kristen Hall for attorney Craig Thor Kimmel to appear Pro Hac Vice. (Filing fee $ 225, receipt number ACAEDC−9952854) (Attachments: # 1 Certificate of Good Standing)(Steward, Joseph) (Entered: 12/01/2021) |
| 12/02/2021 | Ï 9 | ORDER signed by District Judge John A. Mendez on 12/1/2021 GRANTING 8 Application for Pro Hac Vice. Attorney Craig Thor Kimmel, for Kristen Hall. The Pro Hac Vice attorney is directed to request electronic filing access through PACER. (Reader, L) (Entered: 12/02/2021) |
| 12/29/2021 | 10 | FIRST AMENDED COMPLAINT against Smosh Dot Com, Inc., Mythical Entertainment, LLC by Kristen Hall.(Ginsburg, Jacob) (Entered: 12/29/2021) |
| 12/29/2021 | 11 | EXHIBIT *A* by Kristen Hall re 10 Amended Complaint. (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Ginsburg, Jacob) (Entered: 12/29/2021) |
| 01/04/2022 | 12 | SUMMONS ISSUED as to *Mythical Entertainment, LLC* with answer to complaint due within *21* days. Attorney *Joseph Dale Steward, III* *1055 West 7th Street* *Ste 33rd Floor* *Los Angeles, CA 90017*. (Coll, A) (Entered: 01/04/2022) |
| 01/17/2022 | 13 | SUMMONS RETURNED EXECUTED: Smosh Dot Com, Inc. served on 1/7/2022, answer due 1/28/2022. (Steward, Joseph) (Entered: 01/17/2022) |
| 01/17/2022 | 14 | SUMMONS RETURNED EXECUTED: Mythical Entertainment, LLC served on 1/5/2022, answer due 1/26/2022. (Steward, Joseph) (Entered: 01/17/2022) |
| 01/20/2022 | 15 | STIPULATION FOR EXTENSION OF TIME to respond to the 10 First Amended Complaint by Mythical Entertainment, LLC, Smosh Dot Com, Inc. Attorney Susman, Jordan D. ADDED. (Susman, Jordan) (Entered: 01/20/2022) |
| 02/01/2022 | 16 | MOTION to DISMISS by Mythical Entertainment, LLC, Smosh Dot Com, Inc.. Motion Hearing set for 4/5/2022 at 01:30 PM in Courtroom 6 (JAM) before District Judge John A. Mendez. (Attachments: # 1 Declaration of Jordan Susman, # 2 Exhibit A, # 3 Exhibit B [DELETED per 18 Order], # 4 Exhibit C [DELETED per 18 Order], # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Susman, Jordan) Modified on 2/4/2022 (Coll, A). (Entered: 02/01/2022) |
| 02/03/2022 | 17 | MOTION to Remove from Docket Incorrectly Filed Documents re 16 Motion to Dismiss, by Mythical Entertainment, LLC, Smosh Dot Com, Inc.. (Attachments: # 1 Proposed Order)(Susman, Jordan) (Entered: 02/03/2022) |
| 02/04/2022 | 18 | ORDER signed by District Judge John A. Mendez on 2/4/2022 GRANTING 17 Motion to Delete Documents 16 −3 and 16 −4 permanently from the docket. (Coll, A) (Entered: 02/04/2022) |
| 02/17/2022 | 19 | MOTION to STRIKE lines 21 through 23 of p. 3 of 16 Defendants' Memorandum, by Kristen Hall. Motion Hearing set for 4/5/2022 at 01:30 PM in Courtroom 6 (JAM) before District Judge John A. Mendez. (Attachments: # 1 Memorandum, # 2 Declaration of Jacob U. Ginsburg, # 3 Proposed Order)(Ginsburg, Jacob) Modified on 2/18/2022 (Kastilahn, A). (Entered: 02/17/2022) |
| 02/22/2022 | 20 | [WITHDRAWN − SEE 32 Notice of Withdrawal of Motion] MOTION FOR SANCTIONS by Mythical Entertainment, LLC, Smosh Dot Com, Inc. Motion Hearing SET for 4/19/2022 at 1:30 PM in Courtroom 6 before District Judge John A. Mendez. (Attachments: # 1 Declaration of Jordan Susman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order, # 8 Proof of Service) (Susman, Jordan) Modified on 2/23/2022 (Coll, A). Modified on 4/12/2022 (Michel, G.). (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 02/22/2022 | 21 | CORRECTED EXHIBIT B filed by Defendants Mythical Entertainment, LLC, Smosh Dot Com, Inc. to 16 Motion to Dismiss. (Susman, Jordan) (Entered: 02/22/2022) |
| 02/22/2022 | 22 | CORRECTED EXHIBIT C filed by Defendants Mythical Entertainment, LLC, Smosh Dot Com, Inc. to 16 Motion to Dismiss. (Susman, Jordan) (Entered: 02/22/2022) |
| 02/23/2022 | 23 | NOTICE to RESCHEDULE HEARING on 20 Motion for Sanctions, : Motion Hearing set for 5/3/2022 at 01:30 PM in Courtroom 6 (JAM) before District Judge John A. Mendez. (Susman, Jordan) (Entered: 02/23/2022) |
| 03/02/2022 | 24 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Kristen Hall for attorney Christopher E. Roberts to appear Pro Hac Vice. (Filing fee $ 225, receipt number ACAEDC−10103406) (Attachments: # 1 Certificate of Good Standing)(Steward, Joseph) (Entered: 03/02/2022) |
| 03/03/2022 | 25 | PRO HAC VICE ORDER signed by District Judge John A. Mendez on 3/3/2022 GRANTING 24 Application for Pro Hac Vice. Added attorney Christopher E Roberts, PHV for Kristen Hall. The Pro Hac Vice attorney is directed to request electronic filing access through PACER. (Zignago, K.) (Entered: 03/03/2022) |
| 03/18/2022 | 26 | MINUTE ORDER issued by Courtroom Deputy G. Michel for District Judge John A. Mendez on 3/18/2022: On February 1, 2022, Defendants filed a motion to dismiss. See ECF No. 16 . Defendants failed to comply with the Court's Order re Filing Requirements. See ECF No. 5 −2. That Order requires that "counsel contemplating the filing of any motion... shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." Id. at 2. The Order also requires counsel for the moving party to include a statement in the notice of the motion attesting that the meet and confer requirement has been met. Id. Defendants' motion is DISMISSED for failure to comply with these requirements. On February 17, 2022, Plaintiff filed a motion to strike parts of Defendants' motion to dismiss which reference settlement negotiations and to request that the Court order Defendants not to reference settlement negotiations in future filings. See ECF No. 19 . First, because the Court dismissed Defendants' motion, Plaintiff's motion to strike parts of Defendant's motion is now moot. Additionally, Plaintiff failed to include a statement in the notice of the motion attesting that the meet and confer requirement has been met. Order re Filing Requirements at 2. Accordingly, Plaintiff's motion is DISMISSED. The hearing for these motions on April 5, 2022, is hereby VACATED. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Michel, G.) (Entered: 03/18/2022) |
| 03/21/2022 | 27 | MOTION for RECONSIDERATION re (#2) Minute Order by Mythical Entertainment, LLC, Smosh Dot Com, Inc. (Susman, Jordan) Modified on 3/22/2022 (Benson, A.). (Entered: 03/21/2022) |
| 03/22/2022 | 28 | MINUTE ORDER issued by Courtroom Deputy G. Michel for District Judge John A. Mendez on 3/22/2022: On March 21, 2022, Defendants filed a motion for reconsideration of the Court's Order at ECF No. 26 dismissing their motion for failure to comply with Court's Order re Filing Requirements. See ECF No. 27 . Defendants do not explain why they were unable to check the docket themselves to ensure compliance with the Court's Order. Accordingly, Defendants' motion is DENIED. The parties are directed to contact Gabriel Michel, Courtroom Deputy, at gmichel@caed.uscourts.gov, for future calendar dates. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Michel, G.) (Entered: 03/22/2022) |
| 04/06/2022 | 29 | JOINT STATUS REPORT by Kristen Hall. (Steward, Joseph) (Entered: 04/06/2022) |
| 04/06/2022 | 30 | MINUTE ORDER issued by Courtroom Deputy G. Michel for District Judge John A. Mendez on 4/6/2022: The parties are ORDERED to file an updated Joint Status Report pursuant to the provisions of F.R.Cv.P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, within thirty (30) days after the Court's ruling on Defendant's forthcoming Motion to Dismiss. [TEXT ENTRY ONLY] (Michel, G.) (Entered: |

| | | |
|---|---|---|
| | | 04/06/2022) |
| 04/10/2022 | 31 | STIPULATION and PROPOSED ORDER for Dismissing Count I of 10 the Amended Complaint by Kristen Hall. (Attachments: # 1 Proposed Order )(Ginsburg, Jacob) Modified on 4/11/2022 (Kastilahn, A). (Entered: 04/10/2022) |
| 04/12/2022 | 32 | NOTICE OF WITHDRAWAL OF MOTION re 20 Motion for Sanctions by Mythical Entertainment, LLC, Smosh Dot Com, Inc. (Susman, Jordan) (Entered: 04/12/2022) |
| 04/12/2022 | 33 | ORDER signed by District Judge John A. Mendez on 04/11/2022 DISMISSING Count I of the Amended Complaint. (Rodriguez, E) (Entered: 04/12/2022) |
| 04/14/2022 | 34 | MOTION to DISMISS by Mythical Entertainment, LLC, Smosh Dot Com, Inc.. Motion Hearing set for 6/28/2022 at 01:30 PM in Courtroom 6 (JAM) before District Judge John A. Mendez. (Attachments: # 1 Declaration of Jordan Susman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Susman, Jordan) (Entered: 04/14/2022) |
| 04/25/2022 | 35 | STIPULATION and PROPOSED ORDER for Extending Deadline for Plaintiff to Respond to Defendants' Renewed Motion to Dismiss by Kristen Hall. (Attachments: # 1 Proposed Order)(Steward, Joseph) (Entered: 04/25/2022) |
| 04/25/2022 | 36 | ORDER signed by District Judge John A. Mendez on 4/25/2022 EXTENDING to 5/8/2022, that Plaintiff shall respond to Defendants' 34 Motion to Dismiss.(Reader, L) (Entered: 04/25/2022) |
| 05/09/2022 | 37 | OPPOSITION by Kristen Hall to 34 Motion to Dismiss. (Attachments: # 1 Proposed Order)(Roberts, Christopher) Modified on 5/10/2022 (Benson, A.). (Entered: 05/09/2022) |
| 05/17/2022 | 38 | REPLY by Mythical Entertainment, LLC, Smosh Dot Com, Inc., to RESPONSE to 34 Motion to Dismiss. (Susman, Jordan) (Entered: 05/17/2022) |
| 06/01/2022 | 39 | MOTION for Leave to File Surreply by Kristen Hall. Motion Hearing set for 7/13/2022 at 09:30 AM in Courtroom 6 (JAM) before District Judge John A. Mendez. (Attachments: # 1 Proposed Surreply), # 2 Proposed Order)(Ginsburg, Jacob) Modified on 6/2/2022 (Kaminski, H). (Entered: 06/01/2022) |
| 06/06/2022 | 40 | ORDER signed by District Judge John A. Mendez on 6/3/22 GRANTING 39 Motion for Leave to File Sur–reply. Plaintiff shall be permitted to file the Sur–reply attached to her Motion in further opposition to Defendants' Motion to Dismiss. (Kaminski, H) (Entered: 06/06/2022) |
| 06/06/2022 | 41 | SUR–REPLY in OPPOSITION to 35 Motion to Dismiss by Kristen Hall re 38 Reply to Response to Motion. (Ginsburg, Jacob) Modified on 6/6/2022 (Reader, L). (Entered: 06/06/2022) |
| 06/22/2022 | 42 | MINUTE ORDER issued by Courtroom Deputy G. Michel for District Judge John A. Mendez on 6/22/2022: The motion now calendared for 6/28/2022 is SUBMITTED without appearance and without oral argument pursuant to Local Rule 230(g). As such, the hearing on said motion is VACATED. If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Michel, G.) (Entered: 06/22/2022) |
| 06/22/2022 | 43 | [DISREGARD – duplicate] MINUTE ORDER issued by Courtroom Deputy G. Michel for District Judge John A. Mendez on 6/22/2022: The motion now calendared for 6/28/2022 is SUBMITTED without appearance and without oral argument pursuant to Local Rule 230(g). As such, the hearing on said motion is VACATED. If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Michel, G.) Modified on 6/22/2022 (Michel, G.). (Entered: 06/22/2022) |
| 07/12/2022 | 44 | ORDER signed by District Judge John A. Mendez on 7/11/22 GRANTING 34 defendants' Motion to Dismiss. (Kastilahn, A) (Entered: 07/12/2022) |

| | | |
|---|---|---|
| 07/19/2022 | Ï | RECEIPT number #CAE200122025 $400.00 fbo Kristen Hall by Kimmel and Silverman, P.C. on 7/19/2022 per 44 Order Sanctions. (Licea Chavez, V) (Entered: 07/19/2022) |
| 08/10/2022 | 45 | NOTICE of APPEAL by Kristen Hall as to 44 Order on Motion to Dismiss. (Filing fee $ 505, receipt number ACAEDC–10374260) (Attachments: # 1 Certificate of Service)(Ginsburg, Jacob) (Entered: 08/10/2022) |
| 08/11/2022 | 46 | APPEAL PROCESSED to Ninth Circuit re 45 Notice of Appeal filed by Kristen Hall. Notice of Appeal filed *8/10/2022*, Complaint filed *10/28/2021* and Appealed Order / Judgment filed *7/12/2022*. ** *Fee Status: Paid on 8/10/2022 in the amount of $505.00* (Attachments: # 1 Appeal Information) (Coll, A) (Entered: 08/11/2022) |
| 08/15/2022 | 47 | USCA CASE NUMBER 22–16216 for 45 Notice of Appeal filed by Kristen Hall. (Coll, A) (Entered: 08/15/2022) |
| 07/06/2023 | 48 | USCA ORDER as to 45 Notice of Appeal filed by Kristen Hall. The decision of the District Court is REVERSED and REMANDED. (Benson, A.) (Entered: 07/06/2023) |
| 07/14/2023 | 49 | BILL of COSTS SUBMITTED by Kristen Hall. (Attachments: # 1 Declaration, # 2 Exhibit A (receipt for notice of appeal), # 3 Exhibit B (Ninth Circuit instructions re Taxable Costs), # 4 Certificate of Service)(Ginsburg, Jacob) (Entered: 07/14/2023) |
| 07/24/2023 | 50 | USCA MANDATE as to 45 Notice of Appeal filed by Kristen Hall REVERSING and REMANDING the decision of the District Court. (Mena–Sanchez, L) (Entered: 07/25/2023) |
| 08/09/2023 | 51 | JOINT REQUEST for STATUS CONFERENCE CALL by Kristen Hall. (Ginsburg, Jacob) Modified on 8/10/2023 (Benson, A.). (Entered: 08/09/2023) |
| 08/17/2023 | 52 | JOINT STATUS REPORT and PROPOSED SCHEDULE by Mythical Entertainment, LLC, Smosh Dot Com, Inc. (Susman, Jordan) (Entered: 08/17/2023) |
| 08/21/2023 | 53 | MINUTE ORDER (Text Only Entry) issued by M York Courtroom Deputy for Senior District Judge John A. Mendez on 08/21/2023: On the Court's own motion and pursuant to the senior status of District Judge John A. Mendez, the Clerk's Office is DIRECTED to reassign this case to another district judge for all further proceedings. Any hearing dates and deadlines previously set in this matter are VACATED. (cc: Sac. Operations Supervisor) (York, M) (Entered: 08/21/2023) |
| 08/22/2023 | 54 | CLERK'S NOTICE: Pursuant to the 53 Minute Order Reassigning Case, this action is Randomly REASSIGNED to District Judge Dale A. Drozd for all further proceedings. District Judge John A. Mendez is no longer associated with this case. The case number on all future filed documents shall be: 2:21–cv–1997 DAD AC. (TEXT ONLY ENTRY)(Donati, J) (Entered: 08/22/2023) |
| 08/23/2023 | 55 | STANDING ORDER signed by District Judge Dale A. Drozd on 8/23/2023. (Donati, J) (Entered: 08/23/2023) |
| 08/30/2023 | 56 | COSTS TAXED in amount of $ $505.00 against Defendants/Appellees. (Buzo, P) (Entered: 08/30/2023) |
| 08/30/2023 | 57 | MINUTE ORDER (Text Only Entry) issued by Courtroom Deputy for District Judge Dale A. Drozd on 8/30/2023: On 8/17/2023, the parties filed a 52 joint status report, in which the parties state their scheduling proposals and their respective intentions. Plaintiff intends to amend her complaint in light of defendant Smosh Dot Com, Inc.'s dissolution; defendants intend to file a renewed motion to dismiss pursuant to Rule 12(b)(6) because defendant's prior 12(b)(6) arguments had not been addressed by this court or the Ninth Circuit. The parties have also raised venue issues, suggesting that a motion to transfer venue might be filed. Having considered the parties' proposals and intentions, the court finds it appropriate and most efficient to order that the parties proceed as follows: The parties shall promptly and meaningfully meet and confer on both the 12(b)(6) arguments that defendants had previously raised and on the identity of the appropriate defendants in |

| | | |
|---|---|---|
| | | light of defendant Smosh Dot Com's dissolution. Taking this into account, plaintiff may file a second amended complaint by no later than twenty–one (21) days from the date of this order. Defendants shall respond to the second amended complaint by no later than twenty–one (21) days from the date of service of the second amended complaint. (For clarity, defendants may answer or respond by filing a motion to dismiss that raises renewed Rule 12(b)(6) arguments. Consistent with the Ninth Circuit's 48 order remanding this action, defendants shall not raise Article III standing arguments.) Plaintiff is cautioned that the court will not be inclined to grant further leave to amend if plaintiff opts to forgo this opportunity to amend. Nevertheless, if plaintiff decides not to file a second amended complaint, then plaintiff shall file a notice to notify the court of plaintiff's intention in this regard within twenty–one (21) days from the date of this order, and defendants shall file a response (answer or motion to dismiss) no later than twenty–one (21) days after service of that notice. The court will address further scheduling of this case after defendants' response has been filed. The court urges the parties to cooperate in their meet and confer efforts and do their part to avoid unnecessary motion practice, including by reaching agreement and filing stipulations whenever possible.(Buzo, P) (Entered: 08/30/2023) |
| 09/20/2023 | 58 | SECOND AMENDED COMPLAINT against Mythical Entertainment, LLC, Mythical Venture, Inc., Smosh Productions, Inc. by Kristen Hall.(Ginsburg, Jacob) (Entered: 09/20/2023) |
| 09/21/2023 | 59 | MINUTE ORDER (Text Only Entry) issued by Courtroom Deputy for District Judge Dale A. Drozd on 9/21/2023: The parties' pending 51 request for a status conference is hereby denied as having been rendered moot by the court's 57 order.(Buzo, P) (Entered: 09/21/2023) |
| 09/21/2023 | 60 | SUMMONS ISSUED as to *Mythical Venture, Inc., Smosh Productions, Inc.* with answer to complaint due within *21* days. Attorney *Jacob U Ginsburg* *Kimmel & Silverman* *30 E. Butler Ave* *Ambler, PA 19002*. (Kastilahn, A) (Entered: 09/21/2023) |
| 09/22/2023 | 61 | MOTION to CHANGE VENUE by Defendants. Attorney Susman, Jordan D. added. Motion Hearing SET for 11/7/2023 at 01:30 PM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. (Susman, Jordan) Modified on 9/27/2023 (Mena–Sanchez, L). (Entered: 09/22/2023) |
| 10/05/2023 | 62 | NOTICE of APPEARANCE by Cody A. DeCamp on behalf of Mythical Entertainment, LLC, Mythical Venture, Inc., Smosh Productions, Inc.. Attorney DeCamp, Cody A. added. (DeCamp, Cody) (Entered: 10/05/2023) |
| 10/05/2023 | 63 | NOTICE of APPEARANCE by Alexandra N. Krasovec on behalf of Mythical Entertainment, LLC, Mythical Venture, Inc.. Attorney Krasovec, Alexandra N. added. (Krasovec, Alexandra) (Entered: 10/05/2023) |
| 10/06/2023 | 64 | STATEMENT of NON–OPPOSITION by Kristen Hall to 61 Motion to Change Venue. (Ginsburg, Jacob) (Entered: 10/06/2023) |
| 10/09/2023 | 65 | STIPULATION Extension of Time to Respond to 58 Amended Complaint by Mythical Entertainment, LLC, Mythical Venture, Inc., Smosh Productions, Inc.. (DeCamp, Cody) Modified on 10/11/2023 (Licea Chavez, V). (Entered: 10/09/2023) |
| 10/10/2023 | 66 | MINUTE ORDER (Text Only Entry) issued by Courtroom Deputy for District Judge Dale A. Drozd on 10/10/2023: On 10/9/2023, the parties filed a 65 stipulation to extend the time for defendants to respond to plaintiff's second amended complaint. Pursuant to the 65 stipulation and good cause appearing, defendants shall file a response to plaintiff's second amended complaint by no later than 10/23/2023.(Buzo, P) (Entered: 10/10/2023) |
| 10/12/2023 | 67 | MINUTE ORDER (TEXT ONLY) issued by Courtroom Deputy p for District Judge Dale A. Drozd on 10/12/2023: Pursuant to Local Rule 230(g), the pending 61 Motion is SUBMITTED without oral argument. Accordingly, the hearing set for 11/7/2023 is VACATED, to be reset at a later date if the court determines that oral argument is needed.(Buzo, P) (Entered: 10/12/2023) |

| | | |
|---|---|---|
| 10/16/2023 | 68 | NOTICE of APPEARANCE by Margo J. Arnold on behalf of Mythical Entertainment, LLC, Mythical Venture, Inc., Smosh Dot Com, Inc., Smosh Productions, Inc.. Attorney Arnold, Margo J. added. (Arnold, Margo) (Entered: 10/16/2023) |
| 10/23/2023 | 69 | MOTION to DISMISS by Mythical Entertainment, LLC, Mythical Venture, Inc., Smosh Productions, Inc.. Attorney Krasovec, Alexandra N. added. Motion Hearing set for 12/19/2023 at 01:30 PM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. (Krasovec, Alexandra) (Entered: 10/23/2023) |
| 11/03/2023 | 70 | STIPULATION and PROPOSED ORDER to Extend deadlines for Briefing re 69 Motion to Dismiss by Kristen Hall. (Ginsburg, Jacob) Modified on 11/6/2023 (Mena−Sanchez, L). (Entered: 11/03/2023) |
| 11/06/2023 | 71 | MINUTE ORDER (Text Only Entry) issued by Courtroom Deputy for District Judge Dale A. Drozd on 11/6/2023: On 11/3/2023, the parties in this action filed a 70 stipulation for a proposed briefing schedule as to defendants' pending 69 motion to dismiss. Pursuant to the 70 stipulation, and good cause appearing, plaintiff shall file her response to defendants' 69 motion no later than 11/13/2023. Defendants shall file their reply no later than 12/1/2023. In addition, pursuant to Local Rule 230(g), the pending 69 motion is SUBMITTED without oral argument. Accordingly, the hearing set for 12/19/2023 is VACATED, to be reset at a later date if the court determines that oral argument is needed.(Buzo, P) (Entered: 11/06/2023) |
| 11/13/2023 | 72 | STIPULATION and PROPOSED ORDER to Withdraw 69 Motion to Dismiss by Kristen Hall. (Ginsburg, Jacob) Modified on 11/16/2023 (Benson, A.). (Entered: 11/13/2023) |
| 11/13/2023 | 73 | THIRD AMENDED COMPLAINT against Mythical Venture, Inc. by Kristen Hall.(Ginsburg, Jacob) (Entered: 11/13/2023) |
| 11/14/2023 | 74 | MINUTE ORDER issued by Relief Courtroom Deputy M. Francel for District Judge Dale A. Drozd on 11/14/2023: On 11/13/2023, the parties filed a 72 stipulation for the withdrawal without prejudice of defendants' pending 69 motion to dismiss plaintiff's second amended complaint. The parties further stipulated under Rule 15(a)(2) of the Federal Rules of Civil Procedure to allow plaintiff to file a third amended complaint, which plaintiff also filed on 11/13/2023. Pursuant to the parties' stipulation, the pending 69 motion is hereby WITHDRAWN and plaintiff's 73 third amended complaint is now the operative complaint. Defendant shall filed its responsive pleading by 12/8/2023. In addition, because plaintiff only names defendant Mythical Venture, Inc. in the third amended complaint, all other named defendants are hereby dismissed from this action. The Clerk of the Court is directed to update the docket to reflect that Smosh Productions, Inc.; Mythical Entertainment, LLC; and Smosh Dot Com, Inc., have been terminated as named defendants. (Text Only Entry) (Francel, M.) (Entered: 11/14/2023) |
| 12/08/2023 | 75 | ORDER signed by District Judge Dale A. Drozd on 12/07/23 GRANTING 61 Motion to Change Venue; CASE TRANSFERRED to USDC, Central District of California. CASE CLOSED (Benson, A.) (Entered: 12/08/2023) |