**MANATT, PHELPS & PHILLIPS, LLP**
ALEXANDRA N. KRASOVEC (SBN 279578)
Email: AKrasovec@manatt.com
CODY A. DeCAMP (SBN 311327)
Email: CDeCamp@manatt.com
MARAH A. BRAGDON (SBN 342646)
Email: MBragdon@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
MYTHICAL VENTURE, INC. d/b/a "Smosh"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYTHICAL VENTURE, INC. d/b/a "Smosh",<br><br>　　　　Defendant | Case No. 2:23-cv-10324-JFW-KES<br><br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:　　　January 29, 2024<br>Time:　　　1:30 p.m.<br>Courtroom:　7A<br><br>Date Filed: October 28, 2021 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

402683340.1

NOTICE OF LODGING
2:23-CV-10324-JFW-KES

**PLEASE TAKE NOTICE** that in accordance with Section 5(f) of the Honorable John F. Walter's Standing Order in this action (ECF No. 84), as well as Local Rule 5-4.4.1 of the United States District Court for the Central District of California, Defendant Mythical Venture, Inc. d/b/a Smosh hereby lodges a [Proposed] Statement of Decision in connection with Defendant's Motion to Dismiss and/or Motion to Strike Class Allegations (ECF No. 102).

The [Proposed] Statement of Decision is attached hereto as Exhibit 1.

Dated: January 18, 2024          MANATT, PHELPS & PHILLIPS, LLP

By:   /s/ Alexandra N. Krasovec
   Alexandra N. Krasovec
   Cody A. DeCamp
   Marah A. Bragdon
   *Attorneys for Defendant*
   Mythical Venture, Inc. d/b/a "Smosh".

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

NOTICE OF LODGING
2:23-CV-10324-JFW-KES

402683340.1