**MANATT, PHELPS & PHILLIPS, LLP**
ALEXANDRA N. KRASOVEC (SBN 279578)
Email: AKrasovec@manatt.com
CODY A. DeCAMP (SBN 311327)
Email: CDeCamp@manatt.com
MARAH A. BRAGDON (SBN 342646)
Email: MBragdon@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
MYTHICAL VENTURE, INC. d/b/a "Smosh"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HALL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MYTHICAL VENTURE, INC. d/b/a "Smosh",<br><br>　　　　Defendant. | Case No. 2:23-cv-10324-JFW-KES<br><br>DEFENDANT MYTHICAL VENTURE INC.'S NOTICE OF THIRD PARTY SUBPOENAS PURSUANT TO FED. R. CIV. P. 45<br><br>Action Filed:　　October 28, 2021 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

DEFENDANT'S NOTICE OF SUBPOENAS
PURSUANT TO FED. R. CIV. P. 45.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Mythical Venture, Inc., by and through its undersigned counsel, intends to serve Subpoenas, in the form attached as **Exhibit A** and **Exhibit B**, on the following parties:

- Google, LLC; and
- Meta Platforms, Inc.

Dated:   February 21, 2024         MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Cody A. DeCamp*
    Alexandra N. Krasovec
    Cody A. DeCamp
    Marah A. Bragdon
    *Attorneys for Defendant Mythical Venture, Inc. d/b/a "Smosh"*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    DEFENDANT'S NOTICE OF SUBPOENAS PURSUANT TO FED. R. CIV. P. 45.