KIMMEL & SILVERMAN, P.C.
Jacob U. Ginsburg, Esq. (*pro hac vice*)
Craig T. Kimmel, Esq. (*pro hac vice*)
30 E. Butler Ave. Ambler, Pennsylvania 19002
Phone: (267) 468-5374
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

BUTSCH ROBERTS & ASSOCIATES LLC
Christopher E. Roberts (*pro hac vice*)
7777 Bonhomme Avenue, Suite 1300, Clayton, Missouri 63105
Phone: (314) 863-5700
croberts@butschroberts.com

BUSH LAW GROUP
Lenny Bush, Esquire (SBN 216072)
23679 Calabasas Road, Suite 1005, Calabasas, California 91302
Telephone: (323) 868-1903
bushlawgroup@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KRISTEN HALL, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>MYTHICAL VENTURE, INC.<br><br>Defendant. | Case No.: 2:23-cv-10324-JFW-KES<br><br>**NOTICE OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Hon. John F. Walter<br><br>Motion date: April 9, 2024<br><br>Complaint Filed: Oct. 28, 2021<br>TAC Filed: Nov. 13, 2023<br>Transferred: Dec. 13, 2023 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 9, 2024, at 1:30 pm or shortly thereafter, at the United States Courthouse, 350 W. 1st Street, Los Angeles, California 90012 in Courtroom 7A, Plaintiff, Kristen Hall, will present this unopposed motion for an extension of the class certification deadline by 30 days, which would move the deadline from April 16, 2024 to **May 16, 2024**.

The basis for the unopposed motion for extension is set forth at length in the accompanying memorandum of law and legal authorities cited therein, as well as the declaration of counsel and corresponding exhibits. In short, Plaintiff promptly issued interrogatories and requests for production from Defendant Mythical Venture, Inc. d/b/a "Smosh" after the 26(f) conference. As soon as Plaintiff learned information and documents relevant to class certification (records of text messages sent and the purported "opt-in" data of the intended recipients) were in the sole possession of third-party Community.com, Inc., Plaintiff promptly issued a subpoena to Community.com. Plaintiff is awaiting production from Community.com, which as new staff and personnel from the time of the text messages, and has thus far been unable to produce said documents. In light of Smosh's inability to obtain the relevant data/documents and the third-party's delay in producing same, Plaintiff seeks to extend the class-certification deadline by 30 days.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This motion is made following the conference of counsel pursuant to L.R. 7-3 and Section 5(b) of the Court's standing order, which took place via Zoom videoconference on February 29, 2024. In that conference, Attorneys Chris Roberts and Jake Ginsburg were present for the Plaintiff, and Alex Krasovec, Cody DeCamp and Marah Bragdon were present for the Defendant.

This is the first request by any party to extend any deadline in this Court's scheduling order.

DATED: March 9, 2024

Respectfully submitted,

KIMMEL & SILVERMAN, P.C.

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (pro hac vice)
Craig T. Kimmel, Esq. (pro hac vice)
30 E. Butler Ave.
Ambler, PA 19002
(267) 468-5374
jginsburg@creditlaw.com
kimmel@creditlaw.com
teamkimmel@creditlaw.com

BUTSCH ROBERTS & ASSOCIATES LLC

*/s/ Christopher E. Roberts*
Christopher E. Roberts (*pro hac vice*)
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Phone: (314) 863-5700
CRoberts@butschroberts.com