1

**KIMMEL & SILVERMAN, P.C.**
Craig T. Kimmel, Esq. (*pro hac vice*)

2

Jacob U. Ginsburg, Esq. (*pro hac vice*)
30 E. Butler Ave.

3

Ambler, PA 19002
(267) 468-5374

4

jginsburg@creditlaw.com
teamkimmel@creditlaw.com

5

6

**BUTSCH ROBERTS & ASSOCIATES LLC**

Christopher E. Roberts (*pro hac vice*)

7

231 S. Bemiston Avenue, Suite 260

Clayton, Missouri 63105

8

Phone: (314) 863-5700

CRoberts@butschroberts.com

9

10

**BUSH LAW GROUP**
Lenny Bush, Esquire (216072)

11

23679 Calabasas Road, Suite 1005

Calabasas, CA 91302

12

Telephone: (323) 868-1903

13

bushlawgroup@gmail.com
*Attorneys for Plaintiff Kristen Hall*

14

**UNITED STATES DISTRICT COURT**

15

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

**WESTERN DIVISION**

17

18

| | |
|---|---|
| KRISTEN HALL, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>MYTHICAL VENTURE, INC.,<br><br>Defendant. | Case No. 2:23-cv-10324-JFW-KES<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CLASS CERTIFICATION DEADLINE TO BE RESUBMITTED AS STIPULATION**<br><br>Current Deadline: April 11, 2024<br>Proposed Deadline: May 13, 2024<br>Judge: Hon. John F. Walter<br><br>Complaint Filed: Oct. 28, 2021<br>TAC Filed: Nov. 13, 2023<br>Transferred: Dec. 13, 2023 |

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF COURT, THE HONORABLE JUDGE AND ALL PARTIES AND THEIR COUNSEL**:

Plaintiff Kristen Hall hereby withdraws without prejudice her unopposed motion to extend the class certification deadline) from April 11, 2024 (Doc. No. 123 until May 13, 2024, to be submitted instead as a stipulation where Defendant Mythical Venture, Inc. d/b/a Smosh joins the request for said relief.

Respectfully submitted,

KIMMEL & SILVERMAN, P.C.

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (*pro hac vice*)
Craig T. Kimmel, Esq. (*pro hac vice*)

BUTSCH ROBERTS & ASSOCIATES LLC

By: */s/ Christopher E. Roberts*
Christopher E. Roberts (*pro hac vice*)
*Attorneys for Plaintiff*

DATED: March 20, 2024

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## CERTIFICATE OF SERVICE

1        I hereby certify that on March 20, 2024,  I caused to be electronically filed

2    a true and correct copy of the foregoing with the Clerk of Court using the

3    CM/ECF system and that all counsel of record will be served via the Notice of

4    Electronic Filing generated by CM/ECF.

5

6                               */s/ Jacob U. Ginsburg*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WITHDRAWAL OF UNOPPOSED MOTION TO
EXTEND CLASS CERTIFICATION DEADLINE
CASE NO. 2:23-cv-10324-JFW-KES