**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KRISTEN HALL, *individually and on behalf of all others similarly situated,*<br><br>                    Plaintiff,<br>       v.<br><br>MYTHICAL VENTURE, INC.<br><br>                    Defendant. | Case No.: 2:23-cv-10324-JFW-KESx<br><br>**ORDER GRANTING STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINE**<br><br>Hon. John F. Walter |

## ORDER

Before the Court is Plaintiff Kristen Hall and Defendant Mythical Venture, Inc.'s stipulation to extend the class certification deadline from April 11, 2024 until May 13, 2024. Having found good cause to have been shown, the parties' stipulation is **GRANTED.**

The First Amended Scheduling Order is set forth below:

| Matter | Time | Date in original scheduling order | Modified date/deadline |
|---|---|---|---|
| **Trial (jury) Estimated length: 3 days** | 8:30 am | 12/3/24 | unchanged |
| **[Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury instructions** | 8:00 am | 11/22/24 | unchanged |

- 1 -

| | | | |
|---|---|---|---|
| **[Court trial] Hearing on Motions in Limine** | 8:00 am | X | unchanged |
| **Pre-Trial Conference (File Proposed Voir Dire Qs and Agreed-to Statement of Case three days prior to PTC)** | 8:00 am | 11/15/24 | unchanged |
| **Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc.** | 10/31/24 | | unchanged |
| **Last day for hearing motions *** | 1:30 pm | 8/5/24 | unchanged |
| **Discovery cut-off** | | 7/22/24 | unchanged |
| **ADR Deadline** | | 6/3/24 | unchanged |
| **Class Certification Deadline** | | 4/11/24 | **5/13/24** |

IT IS SO ORDERED.

Dated: March 21, 2024

John F. Walter
United States District Judge