1  **KIMMEL & SILVERMAN, P.C.**
   Craig T. Kimmel, Esq. (*pro hac vice*)
2  Jacob U. Ginsburg, Esq. (*pro hac vice*)
   30 E. Butler Ave.
3  Ambler, PA 19002
   Phone: (267) 468-5374
4  jginsburg@creditlaw.com
   teamkimmel@creditlaw.com
5
   **BUTSCH ROBERTS & ASSOCIATES LLC**
6  Christopher E. Roberts (*pro hac vice*)
7  231 S. Bemiston Avenue, Suite 260
   Clayton, Missouri 63105
8  Phone: (314) 863-5700
   CRoberts@butschroberts.com
9
   **BUSH LAW GROUP**
10 Lenny Bush, Esquire (216072)
11 23679 Calabasas Road, Suite 1005
   Calabasas, CA 91302
12 Telephone: (323) 868-1903
   bushlawgroup@gmail.com
13 *Attorneys for Plaintiff Kristen Hall*

14 **MANATT, PHELPS & PHILLIPS, LLP**
   ALEXANDRA N. KRASOVEC (SBN 279578)
15 Email: AKrasovec@manatt.com
   CODY A. DeCAMP (SBN 311327)
16 Email: CDeCamp@manatt.com
   MARAH A. BRAGDON (SBN 342646)
17 Email: MBragdon@manatt.com
   2049 Century Park East, Suite 1700
18 Los Angeles, California 90067
   Telephone: (310) 312-4000
19 Facsimile: (310) 312-4224

20 **NOLAN HEIMANN LLP**
21 Jordan Susman, Esq. (SBN 246116)
   jsusman@nolanheimann.com
22
   Margo Arnold, Esq. (SBN 278288)
23 marnold@nolanheimann.com
   16000 Ventura Boulevard, Suite 1200, Encino, CA 91436
24 Telephone: (818) 574-5710
25 *Attorneys for Defendant Mythical Venture, Inc. d/b/a "Smosh"*

26

27 //

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTEN HALL, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>MYTHICAL VENTURE, INC.,<br><br>Defendant. | Case No. 2:23-cv-10324-JFW-KES<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. John F. Walter<br><br>Complaint Filed: Oct. 28, 2021<br>TAC Filed: Nov. 13, 2023<br>Transferred: Dec. 13, 2023 |

Plaintiff Kristen Hall and Defendant Mythical Venture, Inc. hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and the dismissal of the claims of the putative class members without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

SO STIPULATED:

KIMMEL & SILVERMAN, P.C.

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (*pro hac vice*)
Craig T. Kimmel, Esq. (*pro hac vice*)

BUTSCH ROBERTS & ASSOCIATES LLC

By: */s/ Christopher E. Roberts*
Christopher E. Roberts (*pro hac vice*)
*Attorneys for Plaintiff, Kristen Hall*

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Alexandra N. Krasovec*
Alexandra N. Krasovec
Cody DeCamp
*Attorneys for Defendant Mythical Venture, Inc.*

DATED: April 16, 2024

## SIGNATURE OF CERTIFICATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

*/s/ Jacob U. Ginsburg*